UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-CV-60971-MD

HOWARD COHAN,

     Plaintiff,

vs.

CARROT LOVE PLANTATION LLC,
a Florida Limited Liability Company,
d/b/a CARROT EXPRESS,

     Defendant(s).

_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CARROT LOVE PLANTATION LLC, a Florida Limited Liability Company, d/b/a CARROT EXPRESS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 19, 2024.

<table>
<tr><td>

By: **/s/ Gregory S. Sconzo**

Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

</td><td>

By: **/s/ Steven W. Davis**

STEVEN W. DAVIS, ESQ.
Florida Bar No.: 347442
sdavis@haber.law
mpedraza@haber.law
NICHOLAS LASHBROOK, ESQ.
Florida Bar No.: 1038924
nlashbrook@haber.law
cpla@haber.law
251 NW 23rd St.
Miami, Florida 33127
Tel: (305) 379-2400
Fax: (305) 379-1106
service@haber.law
*Counsel for Defendant*

</td></tr>
</table>

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>  /s/ Gregory S. Sconzo          </u>
**Gregory S. Sconzo, Esq.**