**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60971-CIV-DAMIAN**

**HOWARD COHAN**,

     Plaintiff,

v.

**CARROT LOVE PLANTATION, LLC**,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 9], filed September 16, 2024. Being fully advised, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own fees and costs, except as otherwise agreed upon by the parties.

3. This case shall remain marked as **CLOSED**.

4. To the extent not otherwise disposed of, any pending motions are **DENIED AS MOOT** and any deadlines previously set are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 17th day of September, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record